_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
July 16, 2015

SPENCER M. JUDD, ESQ.
Nevada Bar No. 010095
9420 Mountainair Ave.
Las Vegas, NV  89134
(702) 606-4357
(702) 360-4769 facsimile
Spencer@SJuddLaw.com
*Attorneys for Debtor*

# UNITED STATES BANKRUPTY COURT

## DISTRICT OF NEVADA

| In Re: | Case No. | BK-15-12731-ABL |
|---|---|---|
| Soda Condos, LLC | Chapter 11 | |
| | Date: | July 8, 2015 |
| | Time: | 1:30 p.m. |

### ORDER DISMISSING CASE

Based on the Debtor's *Motion to Dismiss Case Pursuant to 11 USC §1112(b),* the hearing held on July 8, 2015 (appearances noted on the record), the Court having stated on the record its findings of fact and conclusions of law, which are incorporated herein pursuant to Federal Rules of Bankruptcy Procedure 9014(c) and 7052, and Federal Rule of Civil Procedure 52, with good cause having been shown,

/ / /

/ / /

1

**IT IS HEREBY ORDERED** that this case is **DISMISSED.**

Submitted by:

By:  /s/ Spencer M. Judd
SPENCER M. JUDD, ESQ.
Nevada Bar No. 10095
325 So. Third St., #5
Las Vegas, NV  89101
(702) 606-4357
*Attorneys for Debtor*

2

## RULE 9021 DECLARATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the Court's ruling and that:

☐     The court has waived the requirement of approval under LR 9021 (b)(1).

☒     No party appeared at the hearing or filed an objection to the motion.

☐     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

APPROVE/DISAPPROVE

_____
Acting U. S. Trustee
300 Las Vegas Blvd. South, #4300
Las Vegas, NV 89101

                                          Submitted by:

                                          /s/ Spencer Judd
                                        SPENCER M. JUDD, ESQ.
                                        Nevada Bar No. 10095
                                        325 So. Third St., #5
                                        Las Vegas, NV  89101
                                        (702) 606-4357
                                        *Attorneys for Debtor*

Spencer M. Judd, Esq.